[No. 25561-1-III.   Division Three.   October 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW L. MATHOT, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 04-1-00172-4, Craig J. Matheson, J. Pro Tem., entered October 4, 2006. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 27729-1-III.   Division Three.   October 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB DANIEL LEVEL, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-1-00054-5, Allen Nielson, J., entered December 8, 2008. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28164-7-III.   Division Three.   October 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSBEL SAENZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 08-1-50464-5, Craig J. Matheson, J., entered June 9, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28376-3-III.   Division Three.   October 12, 2010.]

*In the Matter of the Estates of* GARY ALLEN KUEST ET AL.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-4-01188-2, Tari S. Eitzen, J., entered August 18, 2009. *Affirmed as modified* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.